Argued and submitted September 27, 1982, appeal dismissed March 9, 1983

## SOUTHERN CALIFORNIA MOTOR DELIVERY, INC.,
*Appellant,*

*v.*

## MOORE et al,
*Respondents.*

(210-532; CA A24889)

659 P2d 1019

Roger Hennagin, Lake Oswego, argued the cause and filed the brief for appellant.

Morton A. Winkel, Portland, waived appearance for respondents.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

Appellant's brief fails to comply with ORAP 7.19 in that it fails to set out verbatim the pertinent portions of the record relevant to its assignment of error; it also fails to comply with ORAP 7.17 in that it fails to make any references to the transcript, narrative statement, or audio record. Accordingly, we decline to consider the appeal.

Appeal dismissed.